**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**BRIT UW LIMITED,**

    **Plaintiff,**

v.                                                                                       **Case No: 5:15-cv-541-Oc-BJD-PRL**

**ALLIANCE PROPERTIES OF OCALA,**
**LLC, KENNETH ERWIN, DARRELL**
**HEFFLER, and STANFORD**
**MCCLURE,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of Plaintiff's Motion to extend time to perfect service on Defendant Darrell Heffler (Doc. 14). In support of its motion, Plaintiff describes its diligent efforts to procure a waiver of service, and then formal service via a process server. As Plaintiff explains, after having numerous difficulties, including difficulty with its initial process server, a new process server was retained and it is expected service will be perfected promptly. Accordingly, under Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff requests an extension until March 29, 2016 to perfect service on Mr. Heffler.

Accordingly, upon due consideration and upon good cause shown, Plaintiff's motion (Doc. 14) is **GRANTED**, and Plaintiff shall have until March 29, 2016 within which to perfect service on Mr. Heffler.

**DONE** and **ORDERED** in Ocala, Florida on February 26, 2016.

- 2 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties